**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eddie W. Bell, Jr., | No. CV-06-1526-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Robert Moore and The Hillman Group, | |
| Defendants. | |

Defendant Robert Moore has filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff is advised of the following specific provisions of LRCiv 7.2 of the Rules of Practice of the United States District Court for the District of Arizona:

Subparagraph (e) provides:

Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, each shall not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts. Unless otherwise permitted by the Court, a reply including its supporting memorandum shall not exceed eleven (11) pages, exclusive of attachments.

Subparagraph (i) provides:

If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the opposing party does not serve and file the required answering memoranda, or if counsel for any party fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.

1 **It is Plaintiff's obligation to timely respond to all motions. The failure of Plaintiff to respond to Defendant Moore's Motion to Dismiss may, in the discretion of the Court, be deemed a consent to the granting of that Motion without further notice, and judgment may be entered dismissing the Complaint and action with prejudice pursuant to LRCiv 7.2(i). See Brydges v. Lewis, 18 F.3d 651, 652-53 (9th Cir. 1994) (per curiam).**

**IT IS THEREFORE ORDERED** that Plaintiff shall have ten (10) days from the date this Order is filed to file a response to Defendant Moore's Motion to Dismiss.

**IT IS FURTHER ORDERED** that Defendant Robert Moore shall file any reply within five (5) days from the date Plaintiff's response is filed.

**IT IS FURTHER ORDERED** that the Motion shall be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

DATED this 29th day of November, 2006.

Stephen M. McNamee
United States District Judge