**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eddie W. Bell, Jr., | ) |
| Plaintiff, | )    No. CV 06-1526-PHX-SMM |
| | ) |
| vs. | ) |
| | )    **ORDER** |
| Robert Moore and The Hillman Group, | ) |
| Defendants. | ) |
| | ) |

Having received the parties' Notice of Settlement,  and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **Friday, October 5, 2007** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Thursday, October 18, 2007 at 4:00 p.m.**  If the stipulation is received by **Friday, October 5, 2007**, the status conference will be automatically vacated.

**IT IS FURTHER ORDERED** that the parties' Stipulated Motion for Extension of Discovery and Corresponding Deadlines is **DENIED** as **MOOT** (Doc. 30).

DATED this 12th day of September, 2007.

Stephen M. McNamee
United States District Judge