**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Eddie W. Bell, Jr., | ) | No. CIV 06-1526 -PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| The Hillman Group, | ) | |
| Defendant. | ) | |

    Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. 32]. After consideration of the parties' Stipulation,

    **IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 32], and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

    **IT IS FURTHER ORDERED** that any pending motions in this matter are hereby **VACATED** and the status conference currently scheduled for **Thursday, October 18, 2007 at 4:00 p.m.** is hereby **VACATED**.

    DATED this 21st day of September, 2007.

Stephen M. McNamee
United States District Judge